CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MJ 18-179-MAT |
| Plaintiff, | ) | |
| v. | ) | (~~PROPOSED~~) ORDER TO EXTEND TIME TO FILE INDICTMENT |
| MICHAEL McINTYRE, | ) | |
| Defendant. | ) | |

THE COURT has considered the defense's second unopposed motion to extend the indictment deadline, Mr. McIntyre's waiver, and the record in this case. The Court finds that it is reasonable to extend the indictment deadline to July 13, 2018 because of the defense's need for further time to review discovery with Mr. McIntyre, conduct investigation, perform legal research, and advise of Mr. McIntyre. The Court also finds that the interest of justice is served by granting an extension. The government does not oppose the request to extend the indictment deadline to July 13, 2018.

IT IS ORDERED that the indictment deadline is extended to July 13, 2018.

DONE this 30th day of MAY, 2018.

NO ~~full~~ FURTHER EXTENSIONS JPD

_____
BRIAN A. TSUCHIDA
CHIEF UNITED STATES DISTRICT COURT

Presented by:
s/ Vanessa Pai-Thompson
Attorney for Michael McIntyre

(PROPOSED) ORDER TO EXTEND TIME TO
FILE INDICTMENT
(Michael McIntyre; MJ18-179MAT) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100